NOREX PETROLEUM LIMITED, Appellant, v LEONARD BLAVATNIK et al., Respondents.

Submitted June 24, 2013; decided September 12, 2013

Motion by Jonathan R. Siegel for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRELL ALLEN, Appellant.

Submitted September 9, 2013; decided September 12, 2013

Motion for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARK GARRETT, Respondent.

Submitted September 9, 2013; decided September 12, 2013

Motion for assignment of counsel granted and Steven A. Feldman, Esq., 626 Reckson Plaza, West Tower, 6th Floor, Uniondale, New York 11556 assigned as counsel to the respondent on the appeal herein.